THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GOLDSMITH and HARRY DVORETSKY, Appellants.— Judgments of conviction, and orders denying new trial upon the ground of newly-discovered evidence, reversed, on the facts, and motion for a new trial granted. Opinion by Hill, P. J.;* Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

## FOURTH DEPARTMENT, OCTOBER, 1937.
### (October 6, 1937.)

THERESA C. SMITH and CHARLOTTE M. SMITH, Respondents, Appellants, v. CHESTER W. FRANK, Appellant, Respondent.— Order denying defendant's motion to dismiss plaintiffs' complaint reversed on the law, with ten dollars costs and disbursements, and motion granted. Appeal from order denying plaintiffs' motion for summary judgment dismissed as academic. Memorandum: The lease was terminated, and the relation of landlord and tenant ceased when defendant was ejected from the premises by summary proceedings. (Civ. Prac. Act, § 1434.) The lessee defendant still remained liable to the lessor plaintiff, but the liability was for damages, not for rent (*Hermitage Co.* v. *Lavine*, 248 N. Y. 333), and the action was prematurely brought. (*Lenco, Inc.*, v. *Hirschfeld*, 247 N. Y. 44.) The case of *Kottler* v. *N. Y. Bargain House, Inc.* (242 N. Y. 29) is not in point, because in that case there was no eviction. The case of *McCready* v. *Lindenborn* (172 N. Y. 400) is not in point because, though there the action was for damages and not for rent, the lease clearly provided that damages should be ascertained and collected from month to month. Plaintiff in this case must wait until the end of the leasing period before suing for damages. All concur. (One order denies plaintiffs' motion for summary judgment; the other order denies defendant's motion to dismiss the complaint, in an action to recover rentals due.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JACK SCHOOLSKY, 1315 West Seventh Street, Brooklyn, New York, Respondent, v. SAMUEL ZUBKOFF (17 Sidney St., Buffalo, New York), ETHEL ORLOFF (272 Sterling Ave., Buffalo, New York), Appellants, and EDWARD W. BROEKER, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

LILY MAY WESSELDINE, Individually and as Executrix, etc., of BERT WESSELDINE, Deceased, Respondent, v. RAYMOND B. RYAN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover for services performed. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

---

* By direction of the court: The opinion is not to be published as being not of general interest.